| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 9 mins (12:20 - 12:31) 9 mins | |
| --- | --- | --- | --- |
| **MAGISTRATE JUDGE**<br>**MINUTE ORDER** | DEPUTY CLERK<br>Stephen Ybarra | | REPORTER/FTR<br>Jo Ann Bryce |
| MAGISTRATE JUDGE<br>Alex G. Tse | DATE<br>May 13, 2020 | NEW CASE<br>☐ | CASE NUMBER<br>4:20-mj-70327-MAG |

| APPEARANCES | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| DEFENDANT<br>Gabriel Gonzales | AGE<br>39 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | | PD. ☒ RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Noah Stern | INTERPRETER<br>n/a | | | FIN. AFFT<br>SUBMITTED | COUNSEL APPT'D ☒ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Ana Mendoza | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
| --- | --- | --- | --- | --- | --- |
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET | |
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING | |

| INITIAL APPEARANCE | | | |
| --- | --- | --- | --- |
| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☒ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
| --- | --- | --- | --- |
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | |
| --- | --- | --- | --- |
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION<br>FOR<br>DETENTION | ☒ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
| --- | --- | --- | --- |
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

| CONTINUANCE | | | | |
| --- | --- | --- | --- | --- |
| TO:<br>5/15/20 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET |
| AT:<br>10:30 AM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING | ☐ CHANGE OF<br>PLEA | ☒ **Set Further**<br>**Proceedings** |
| BEFORE HON.<br>DMR | ☒ DETENTION<br>HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

| ADDITIONAL PROCEEDINGS |
| --- |

These proceedings were held via telephone. Defendant consents to proceed by telephone. AUSA orally moves to unseal the entire case - Granted.

DOCUMENT NUMBER: