**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

STEVEN G. KALAR
*Federal Public Defender*
JOYCE LEAVITT
*Assistant Federal Public Defender*

Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: Joyce_Leavitt@fd.org

September 28, 2020

The Honorable Alex G. Tse
United States Magistrate Judge
450 Golden Gate Ave
San Francisco, CA
Attn: Courtroom Deputy Stephen Ybarra

*US v. Gabriel Gonzales*, **CR 20-mj-70327 mag**
**Request to place on calendar Tuesday, September 29, 2020, at 10:30 a.m. for id of counsel**

Your Honor:

    I am writing to ask that the above case be placed on the duty calendar for this Tuesday, September 29, 2020, at 10:30 a.m., for identification of counsel. I have represented Mr. Gonzales in this case but our office determined that there is a conflict such that Mr. Gonzales will need CJA counsel to be appointed. Our panel administrator has contacted CJA attorney Julia Jayne. Attorney Jayne will be present on Tuesday, September 29, 2020, at 10:30 a.m. to accept appointment at that time. Thank you.

                                              Sincerely,

                                              STEVEN G. KALAR
                                              Federal Public Defender
                                              Northern District of California

                                              /S/

                                              JOYCE LEAVITT
                                              Assistant Federal Public Defender

cc:    Molly Priedeman, US Attorney's Office
        Julia Jayne, attorney
        Kalisi Kupu, pretrial services officer