1  JULIA M. JAYNE (State Bar No. 202753)
   ASHLEY RISER (State Bar No. 320538)
2  Jayne Law Group, P.C.
   483 Ninth Street, Suite 400
3  Oakland, CA 94607
   Email: ashley@jaynelawgroup.com
4  Phone: (510) 833-0250

5  Attorneys for GABRIEL GONZALES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 20-MJ-70327-MAG |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING, |
| v. | ) ) | EXCLUDING TIME AND EXTENDING THE DEADLINES UNDER THE SPEEDY TRIAL ACT |
| GABRIEL GONZALES, | ) ) | AND FED R. CRIM. P. 5.1 |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Gabriel Gonzales, that the status hearing scheduled for January 20, 2021 at 1:00 PM before the Hon. Nathanael M. Cousins be vacated and rescheduled for February 10, 2021 at [   AM/PM].

The reasons for this request are as follows:

1. The defendant appeared before the Honorable Alex G. Tse on May 13, 2020 for his initial appearance on the Complaint. Mr. Gonzales then appeared before the Honorable Donna M. Ryu on May 15, 2020 for a status hearing. At this hearing, the Court remanded Mr. Gonzales into custody, but he was released on May 18, 2020 after the Court signed an order authorizing release. Since then, the Court issued at least five orders continuing the status conference, excluding time, and extending the deadlines of the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. The bases for those orders included new defense counsel's September 29, 2020 appointment, the receipt of significant discovery, and the ongoing coronavirus.

2. Since the September 29, 2020 appearance, former counsel and the government provided defense counsel with further discovery, some of which is covered by a protection order. However, because of

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND EXTEND DEADLINES
Case No. 20-MJ-70327-MAG

1  the ongoing coronavirus and Mr. Gonzales' vulnerability to the disease, defense counsel is unable to
2  review the protected discovery with Mr. Gonzales in counsel's office.
3  3.  Since the last appearance date, defense counsel has investigated this matter. However, additional
4  time is needed to finish this investigation. Both parties have agreed to continue working towards a
5  resolution in this case.
6  Based on the foregoing, the parties stipulate and agree that excluding time from January 20,
7  2021 until February 10, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C.
8  § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding
9  the time from January 20, 2021 through February 10, 2021 from computation under the Speedy Trial
10 Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
11 3161(h)(7)(A), (B)(iv).
12 The parties further stipulate that, with the consent of the defendant, there is good cause for
13 extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and
14 for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim.
15 P. 5.1; 18 U.S.C. § 3161(b).
16 Undersigned defense counsel certifies that she obtained approval from the Assistant United
17 States Attorney to file this stipulation and proposed order.
18
   IT IS SO STIPULATED.
19
   DATED:      January 19, 2021            /s/
20                                         JOSEPH TARTAKOVSKY
                                           Assistant United States Attorney
21
   DATED:      January 19, 2021            /s/
22                                         ASHLEY RISER
                                           Counsel for Defendant Gabriel Gonzales
23
24                      **[PROPOSED] ORDER**
25 Based upon the facts set forth in the stipulation of the parties and for good cause shown, the
26 Court vacates the status conference scheduled for January 20, 2021 at 1:00 P.M. and reschedules it for
27 February 10, 2021 at [   AM/PM]. The Court further finds that failing to exclude the time from January
28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND EXTEND DEADLINES
Case No. 20-MJ-70327-MAG

20, 2021 through February 10, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 20, 2021 through February 10, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. For the same reasons, the Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 20, 2021 through February 10, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed R. Crim. P. 5.1(d).

IT IS SO ORDERED.

DATED: _____

_____
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND EXTEND DEADLINES
Case No. 20-MJ-70327-MAG