1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JOSEPH TARTAKOVSKY (CABN 282223)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7320
7       Fax: (415) 436-7234
        joseph.tartakovsky@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        ) NO. 4-20-70327 MAG
                                      )
14 |     Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER TO
                                      ) CONTINUE STATUS CONFERENCE, EXCLUDE
15 |   v.                             ) TIME, AND EXTEND THE DEADLINES UNDER
                                      ) THE SPEEDY TRIAL ACT AND FED R. CRIM. P.
16 | GABRIEL GONZALES,                ) 5.1
                                      )
17 |     Defendant.                   )
                                      )
18

19      It is hereby stipulated by and between counsel for the United States and counsel for the

20 defendant, Gabriel Gonzales, that the status hearing scheduled for February 10, 2021 at 1 p.m. be

21 rescheduled for March 3, 2021.  The parties are also exploring a resolution of the case.

22      Based on the foregoing, the parties stipulate and agree that excluding time from February 10,

23 2021 until March 3, 2021 will allow for the effective preparation of counsel. *See* 18 U.S.C.

24 § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding

25 the time from February 10, 2021 until March 3, 2021 from computation under the Speedy Trial Act

26 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

27 (B)(iv).

28      The parties further stipulate that, with the consent of the defendant, there is good cause for

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND EXTEND DEADLINES
Case No. 4:20-70327-MAG                                                              v. 7/10/2018

extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

    The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

    IT IS SO STIPULATED.

DATED: February 9, 2021      /s/ Joseph Tartakovsky
JOSEPH TARTAKOVSKY
Assistant United States Attorney

DATED: February 9, 2021      /s/ Julia Jayne
JULIA JAYNE
Counsel for Defendant Gabriel Gonzales

1 **[~~PROPOSED~~] ORDER**

2     Based upon the facts set forth in the stipulation of the parties and for good cause shown, the
3 Court reschedules the status hearing scheduled for February 10, 2021 at 1 p.m. and schedules a status
4 hearing for March 3, 2021.

5     The Court further finds that failing to exclude the time from February 10, 2021 until March 3,
6 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for
7 effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
8 The Court further finds that the ends of justice served by excluding the time from February 10, 2021
9 until March 3, 2021 from computation under the Speedy Trial Act outweigh the best interests of the
10 public and the defendant in a speedy trial.

11     For the same reasons, the Court finds good cause for extending the time limits for a preliminary
12 hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an
13 indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.

14     Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from
15 February 10, 2021 until March 3, 2021 shall be excluded from computation under the Speedy Trial Act
16 and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed R. Crim. P. 5.1(d).

17     IT IS SO ORDERED.

19 DATED: February 9, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge